IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SANDRA FISHMAN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 16-1372 |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY | : | |

## O R D E R

**AND NOW,** this 6th day of November, 2017, following a non-jury trial and after review of the parties' post-trial submissions, it is **ORDERED** that judgment is **ENTERED** in favor of the Defendant and against the Plaintiff.

The Clerk is **DIRECTED** to mark this case closed.

BY THE COURT:


*s/s JEFFREY L. SCHMEHL, J.*
**JEFFREY L. SCHMEHL, J.**